UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | |
|---|---|
| XLINK RESOURCE GROUP, LLC, <br><br> Plaintiff(s), <br><br> v. <br><br> EXPO PETROLEUM OIL AND GAS USA, LLC, et al., <br><br> Defendant(s). | § § § § § § § § § §   Civil Action No. 4:24-cv-00035-ALM |

## RETURN OF SERVICE

Came to my hand on **Thursday, March 21, 2024 at 10:47 AM**,
Executed at: **510 ALMA DRIVE, BRANDON, FL 33510**
at **11:25 AM**, on **Friday, March 29, 2024**, by individually and personally delivering to the within named:

**JIM TRICE**

a true copy of this

**SUMMONS IN A CIVIL ACTION, ORIGINAL COMPLAINT and CIVIL COVER SHEET**

**BEFORE ME,** the undersigned authority, on this day personally appeared CARLOS DAMICO who after being duly sworn on oath states: "My name is CARLOS DAMICO. I am a person not less than eighteen (18) years of age and I am competent to make this oath. I am a resident of the State of Florida. I have personal knowledge of the facts and statements contained herein and aver that each is true and correct. I am not a party to nor related or affiliated with any party to this suit. I have no interest in the outcome of the suit. I have never been convicted of a felony or of a misdemeanor involving moral turpitude.

By: _____
CARLOS DAMICO - Process Server

Subscribed and Sworn to by CARLOS DAMICO, Before Me, the undersigned authority, on this _01_ day of ~~March~~ APRIL, 2024.

_____
Notary Public in and for the State of Florida

SUSAN WELCH
Notary Public, State of Florida
Commission# HH 325775
My comm. expires Dec. 04, 2026

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF TEXAS, SHERMAN DIVISION

XLINK RESOURCE GROUP, LLC, )
)
Plaintiff, )
)
v. )
) Civil Action No. 4:24-cv-00035-ALM
EXPO PETROLEUM OIL AND GAS USA, LLC; MAYOMI )
OLOOTU; JAMES UDUAK UBOM; ARCHER TACTICAL )
GROUP; ARCHER ENERGY CORPORATION; DAVID )
TOLLAKSEN; and JIM TRICE, )
)
Defendants. )

Carlos Damico
CPS# -06-553619  13th Judicial circuit
DATE: 3.29.24  TIME: 11:25 pm
SERVED  J. TRICE

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

JIM TRICE
3049 Prestige Drive, Clearwater, Florida 33759

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Jason B. Freeman, TX Bar No. 24069736
Jason A. Hendrix, TX Bar No. 24092507
Freeman Law, PLLC
7011 Main Street, Frisco, TX 75034

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: 1/19/2024

David A. O'Toole
*Signature of Clerk or Deputy Clerk*