# UNITED STATES DISTRICT COURT
## for the
## EASTERN DISTRICT OF TEXAS, SHERMAN DIVISION

| | |
|---|---|
| XLINK RESOURCE GROUP, LLC, § § § Plaintiff(s), § v. § EXPO PETROLEUM OIL AND GAS USA, LLC, § et al., § Defendant(s). § § § | Civil Action No. 4:24-cv-00035-ALM |

### AFFIDAVIT IN SUPPORT OF MOTION FOR SUBSTITUTED SERVICE

On this day, before me the undersigned authority, personally appeared Abdelilah Chouaibi, known to me to be the person whose name is subscribed hereto and under oath states:

"My name is Abdelilah Chouaibi. I am over the age of eighteen (18) years, fully competent to testify to the matters stated herein, and am not a party to or interested in the outcome in the above styled and numbered cause. I am authorized and certified by the Texas Supreme Court under T.R.C.P. 103 to serve process. I have personal knowledge of the facts and statements contained in this affidavit and aver that each is true and correct.

It is impractical to secure service of process on Defendants EXPO-PETROLEUM OIL & GAS USA LLC, SUED HEREIN AS EXPO PETROLEUM OIL AND GAS USA, LLC by delivering to its Registered Agent, MAYOMI S OLOOTU SR. and MAYOMI S OLOOTU SR., Individually; in the above entitled and numbered cause, in person, true and correct copies of the citations with the date of delivery endorsed and with copies of the petitions attached thereto. Personal service is impractical because said Defendant and Registered Agent, MAYOMI S OLOOTU SR., absents him or herself and thereby evades service of said Citations.

**I believe the most reasonable, effective way to give said Defendants actual notice of this suit is to deliver copies of the SUMMONS IN A CIVIL ACTION, ORIGINAL COMPLAINT and CIVIL COVER SHEET   to anyone over the age of sixteen (16), or by affixing to the front door at the defendant and Registered Agent, MAYOMI S OLOOTU SR.'s usual place of Abode, 1420 MCDERMOTT ST APT 1025, ALLEN, TX 75013.**

I have attempted to personally deliver said citations upon the defendant and Registered Agent, MAYOMI S OLOOTU SR., on the following days and times, at the above mentioned address, but have been unsuccessful for the following reasons:

<u>Tuesday, March 19, 2024 10:02 AM - will prepare 106 Tuesday, January 23, 2024 8:00 AM - SUMMONS IN A CIVIL ACTION, ORIGINAL COMPLAINT and CIVIL COVER SHEET   came to my hand.</u>

    01/23/24    11:20AM    315 N. GREENVILLE AVE, APT 821, ALLEN, 75013. I attempted to deliver said documents to the defendant and received no answer at the door. I left my business card taped on the door. I checked with the leasing office and was told that they can't release any information regarding their tenant per company policy.

    02/06/24    3:30PM    315 N. GREENVILLE AVE, APT 821, ALLEN, 75013. I attempted to deliver said documents to the defendant and Caucasian female answered the door and stated that the defendant doesn't reside at the provided address.

    02/06/24    3:40PM    1420 MCDERMOTT ST APT 1025, ALLEN, TX 75013. I attempted to deliver said documents to the defendant and received no answer at the door. I left my business card taped on the door. I checked with the leasing office and was told by an employee that the defendant does reside at the provided address.

    02/21/24    7:45AM    1420 MCDERMOTT ST APT 1025, ALLEN, TX 75013. I attempted to deliver said documents to the defendant and received no answer at the door. My previous card was removed and I left another card taped on the door.

02/27/24        8:15PM        1420 MCDERMOTT ST APT 1025, ALLEN, TX 75013. I attempted to deliver said documents to the defendant and received no answer at the door. My previous card was removed and I left another card taped on the door.

03/09/24        4:00PM        1420 MCDERMOTT ST APT 1025, ALLEN, TX 75013. I attempted to deliver said documents to the defendant and received no answer at the door. My previous card was removed and I left another card taped on the door.

03/21/24        9:26AM        205 BENTON DR. APT 4112, ALLEN, TX 75013 I attempted to deliver said documents to the defendant and Caucasian female answered the door and stated that the defendant doesn't reside at the provided address.

04/09/24        12:13PM        1420 MCDERMOTT ST APT 1025, ALLEN, TX 75013. I attempted to deliver said documents to the defendant and received no answer at the door. My previous card was removed and I left another card taped on the door.

By: _____

Abdelilah Chouaibi - PSC 330 - Exp 07/31/24
served@specialdelivery.com

Subscribed and sworn to by the said **Abdelilah Chouaibi** before me, this ___9th___ day of April, 2024.

Hafida Outarikt
My Commission Expires
4/24/2027
Notary ID 134323052

Notary Public in and for the State of Texas