# INVESTIGATIVE DUE DILIGENCE AFFIDAVIT

In the United States District Court for the Eastern District of Texas, Sherman Division

**Xlink Resource Group, LLC**

    Plaintiff(s),

VS.

**Expo Petroleum Oil and Gas USA, LLC, et al**

    Defendant(s).

Case Number: 4:24-cv-00035-ALM

Attorney: Jason B. Freeman

Freeman Law, PLLC
7011 Main St.
Frisco TX 75034

*313415*

Legal documents received by Special Delivery Service, Inc was requested to provide an affidavit of due diligence for subject(s), **James Uduak Ubom on 03/21/2024 at 12:59 PM at 7600 Georgia Ave., NW, #411, Washington, DC 20012**

The undersigned, swear and affirm that on **March 27, 2024** at **11:31 AM**, I did the following:

**NON-SERVED:** After careful inquiry and diligent attempts, I was unable to serve **James Uduak Ubom** the **Summons in a Civil Action; Civil Cover Sheet; Complaint** for the reason(s) indicated in the comments below:

| Date/Time | Address | Remarks |
|---|---|---|
| 03/22/2024-3:13 PM | 7600 Georgia Ave., NW, #411 Washington, DC 20012 | When I arrived at the business, I called the number 202-723-5789. A woman answered the phone, and I stated that I had legal documents for James Ubom. She stated that I would be able to serve them if I returned next Monday between 12-2pm. - Attempted by Kelly McKeon |
| 03/25/2024-1:37 PM | 7600 Georgia Ave., NW, #411 Washington, DC 20012 | Upon arrival, I went to suite 411. I knocked on the door and spoke with the office assistant. I told her I have a delivery of documents for James Ubom. She told me that he was not there at the moment. I followed up by asking if she knew when he would be back. She did not know and told me that I had to call to set up an appointment. - Attempted by Vincent Connors |
| 03/26/2024-12:35 PM | 7600 Georgia Ave., NW, #411 Washington, DC 20012 | When I called the law office, the subject's assistant answered the phone. I stated that I would like to make an appointment to deliver legal documents to James Ubom personally. She stated that he is usually in court and not in the office. She also stated that I was unable to make an appointment because he does not have regular hours and is rarely at the office. She stated that she could take the documents on his behalf, but I told her that I was instructed to serve him personally. She apologized and stated she didn't know the next time he would be in the office. - Attempted by Kelly McKeon |
| 03/27/2024-11:31 AM | 7600 Georgia Ave., NW, #411 Washington, DC 20012 | When I called the number provided, I was connected with an employee. I asked her if James Ubom was in the office today and she replied that he is not in the office today. I asked if she knew when he would be back and if I could make an appointment with him. She told me that he is on medical sabbatical leave and she does not know when he will be back in the office. - Attempted by Vincent |

|Connors

**Kelly McKeon**
Process Server

**Vincent Connors**
Process Server

Internal Job ID:313415 

Special Delivery Service, Inc
5470 LBJ Freeway
Dallas TX 75240
214-866-3200
Tracie.Hollywood@specialdelivery.com

District of Columbia
Signed and sworn to (or affirmed) before me on 4-9-24 by Kelly McKeon & Vincent Connors
Date                Name(s) of Individual(s) making Statement
Signature of Notarial Officer
Title of Office
My commission expires: _____

Brandon Snesko
Notary Public, District of Columbia
My Commission Expires 9/14/2026

