UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| XLINK RESOURCE GROUP, LLC, | § § § | |
| **Plaintiff,** | § § | |
| v. | § § | CIVIL CAUSE NO. 4:24-CV-00035-ALM |
| EXPO PETROLEUM OIL AND GAS USA, LLC; MAYOMI OLOOTU; JAMES UDUAK UBOM; ARCHER TACTICAL GROUP; ARCHER ENERGY CORPORATION; DAVID TOLLAKSEN; and JIM TRICE, | § § § § § § § | |
| **Defendants.** | § | |

## ORDER GRANTING MOTION TO EXTEND TIME LIMIT TO SERVE SUMMONS AND COMPLAINT UPON DEFENDANTS EXPO-PETROLEUM OIL AND GAS USA, LLC, MAYOMI OLOOTU, AND JAMES UDUAK UBOM

The Court finds that good cause exists to grant Plaintiff's Motion to Extend Time Limit To Serve Summons and Complaint upon Defendants Expo-Petroleum Oil And Gas USA, LLC, Mayomi Olootu, And James Uduak Ubom, and GRANTS an extension until and including June 10, 2024, to serve the Summons and Complaint

**SIGNED this 12th day of April, 2024.**

_____
AMOS L. MAZZANT
UNITED STATES DISTRICT JUDGE