UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS

Xlink Resource Group, LLC

v.   Civil No. 4:24-cv-00035-ALM

Expo Petroleum Oil and Gas USA, LLC, et al.

## CLERK'S ENTRY OF DEFAULT

On this __15th__ day of __April__, 20 __24__, it appearing from the affidavit(s) in support of default of __Jason A. Hendrix__, attorney for plaintiff, that each of the defendants named below has failed to plead or otherwise defend herein as provided by the Federal Rules of Civil Procedure;

Now, therefore, the DEFAULT of each of the following named defendants is hereby entered:

Archer Energy Corporation;
Archer Tactical Group; and
David Tollaksen

DAVID A. O'Toole, CLERK

By: _____
Deputy Clerk

p:\DFLT.ord