# RETURN OF SERVICE

| Eastern District of Texas | Sherman County | State of Texas |

**Xlink Resource Group, LLC**

    Plaintiff

vs.

**Attorney:**

Jason Freeman
Freeman Law, PLLC
7011 Main Street
Frisco, Texas 75034

**Expo Petroleum Oil and Gas, James Uduak Ubom**

    Defendant

**Case Number:** 4:24-cv-00035-ALM-

**Court / Appearance Date:**
**Court Time:**

Legal documents received by WE Investigations Inc. on May 4, 2024 at 1:23 pm to be served upon **James Uduak Ubom, 7600 Georgia Aveune N.W., Washington, District of Columbia 20011.**

I, Wayne Engram, swear and affirm that on **August 13, 2024 at 2:50 pm**, I did the following:

Served the **corporation** listed as the intended recipient of the legal documents by delivering a conformed copy of the **Summons** to **Ngozi Joseph** as **Law Assistant** of the within named corporation.

**Description of Person Accepting Service:**
Gender: Female   Age: 45   Height: 5'8"   Weight: 200 lbs.   Skin Color: Black   Hair Color: Black   Glasses: No

On 8/13/24 at approximately 2:50 p.m. PI Wayne Engram arrived at Ubom Law Group, PLLC, 7600 Georgia Avenue N.W. Suite 411 and knocked on door. Shortly afterwards an African woman opened the door. PI Engram asked woman for James Ubom? Woman stated Mr. Ubom was not currently at the office but she is the Legal Assistant. Woman stated her name is Ngozi Joseph and she is authorized to accept court documents on Mr. Ubom's behalf. PI Engram handed court documents to Ms. Joseph and exited the area shortly afterwards.

_signature_ — PI lic# 106-5014

**Wayne Engram**
Process Server #

**WE Investigations Inc.**
10903 Indian Head Highway Suite 502
Fort Washington, Maryland 20744

(240) 593-2174

Internal Job ID: PS-2024-000103

Reference Number:

The foregoing instrument was acknowledged before me on this _____ day of _____, _____, by

_____,
who is personally known to me or who has produced
_____ as identification.

_____   _____
Notary Printed Name   Notary Signature

_____
Commission Expiration Date

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 4:24-cv-00035-ALM

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* James Udvak Ubom
was received by me on *(date)* 5-4-2024.

☐ I personally served the summons on the individual at *(place)* _____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____ , a person of suitable age and discretion who resides there, on *(date)* _____ , and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* Ngozi Joseph , who is designated by law to accept service of process on behalf of *(name of organization)* Ubom Law Group, PLLC 7600 Georgia Avenue Suite 411 N.W. Wash, DC on *(date)* 8-13-2024 2:50pm or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: 8/14/2024

Server's signature

Wayne W. Engram
Printed name and title

10903 Indian Head Hwy Suite 502 Fort Washington, MD 2074
Server's address

Additional information regarding attempted service, etc:



Network: Aug 13, 2024 at 2:42:40 PM EDT
Local: Aug 13, 2024 at 2:42:40 PM EDT
N 38° 58' 55.361", W 77° 1' 35.911"
Shepherd Rd NW, United States

Network:Aug 13, 2024 at 2:42:45 PM EDT
Local:Aug 13, 2024 at 2:42:45 PM EDT
N 38° 58' 55.859", W 77° 1' 35.934"
Georgia Ave NW, United States