UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| XLINK RESOURCE GROUP, LLC, | § § § | |
| **Plaintiff,** | § § | |
| v. | § § | CIVIL CAUSE NO. 4:24-CV-00035-ALM |
| EXPO PETROLEUM OIL AND GAS USA, LLC; MAYOMI OLOOTU; JAMES UDUAK UBOM; ARCHER TACTICAL GROUP; ARCHER ENERGY CORPORATION; DAVID TOLLAKSEN; and JIM TRICE, | § § § § § § § | |
| **Defendants.** | § § | |

## DEFAULT JUDGMENT

On this day, came to be heard Plaintiffs' Motion for Entry of Default and for Default Judgment Against Defendant Archer Energy Corporation (the "Motion" - Dkt. #13) filed by Plaintiff, Xlink Resource Group, LLC. The Court, after considering the Motion and lack of response thereto, is of the opinion that the Motion should be **GRANTED.**

It is therefore ORDERED, ADJUDGED, AND DECREED that Default Judgment is entered against Defendant Archer Energy Corporation and in favor of Plaintiff for all causes of action alleged in the Original Complaint (Dkt. #1) against Defendant Archer Energy Corporation.

It is further ORDERED, ADJUDGED, AND DECREED that Plaintiff shall have and recover judgment against Defendant Archer Energy Corporation in an amount to be determined at a hearing on *Wednesday, March 26, 2025,* at *9:00 a.m.* at the *Paul Brown United States Courthouse, 101 E. Pecan Street, Sherman, Texas  75090.*

IT IS SO ORDERED.
SIGNED this 6th day of February, 2025.

*[signature]*
AMOS L. MAZZANT
UNITED STATES DISTRICT JUDGE