# United States District Court

**EASTERN DISTRICT OF TEXAS**
**SHERMAN DIVISION**

| | | |
|---|---|---|
| XLINK RESOURCE GROUP, LLC, | § § § | |
| **Plaintiff,** | § § | |
| v. | § § | CIVIL CAUSE NO. 4:24-CV-00035-ALM |
| EXPO PETROLEUM OIL AND GAS USA, LLC; MAYOMI OLOOTU; JAMES UDUAK UBOM; ARCHER TACTICAL GROUP; ARCHER ENERGY CORPORATION; DAVID TOLLAKSEN; JIM TRICE; UBOM LAW GROUP; SHELL PLC; BCS NEDERLAND; MATT JAMESON; MIKE BONNELL; and BOYD CHISHOLM | § § § § § § § § § § § | |
| **Defendants.** | § § | |

## ORDER

On March 26, 2025, the Court held a hearing to determine the appropriate award of damages in connection with the February 6, 2025 Default Judgment entered against Defendants Archer Energy Corporation, Archer Tactical Group, and David Tollaksen. Counsel Jason Freeman appeared at the hearing on behalf of Plaintiff Xlink Resource Group, LLC. No appearances were made by Defendants.

## BACKGROUND

Plaintiff Xlink Resource Group, LLC, filed its Original Complaint against Archer Energy Corporation, Archer Tactical Group, David Tollaksen, and others on January 12, 2024 ("Original Complaint").[1] Summonses[2] were issued to Archer Energy Corporation, Archer Tactical Group, and

---

[1] Doc. No. 1.
[2] Doc. Nos. 2, 3, and 4.

David Tollaksen on January 19, 2024. Plaintiff filed its First Amended Complaint on October 16, 2024. The Court sets forth below relevant history relating to each of these Defendants.

    A. <u>Archer Energy Corporation</u>

The Affidavit of Service for Archer Energy Corporation[3] indicates that the Original Complaint and Summons was served on January 22, 2024. On March 20, 2024, Plaintiff filed a Motion for Default Judgment against Archer Energy Group[4] for its failure to file a responsive pleading. Plaintiff's Corrected Request for Default was filed on April 13, 2024,[5] and the Clerk entered default as to Archer Energy Corporation on April 15, 2024.[6] On February 6, 2025, the Court granted Default Judgment against Archer Energy Corporation.[7]

    B. <u>Archer Tactical Group</u>

The Affidavit of Service for Archer Tactical Group[8] indicates that the Original Complaint and Summons was served on January 24, 2024. On March 20, 2024, Plaintiff filed a Motion for Default Judgment against Archer Tactical Group[9] for its failure to file a responsive pleading. Plaintiff's Corrected Request for Default was filed on April 13, 2024,[10] and the Clerk entered default as to Archer Tactical Group on April 15, 2024.[11] On February 6, 2025, the Court granted Default Judgment against Archer Tactical Group.[12]

---

[3] Doc. 12.
[4] Doc. 13.
[5] Doc. 29.
[6] Doc. 32.
[7] Doc. 86.
[8] Doc. 10.
[9] Doc. 14.
[10] Doc. 29.
[11] Doc. 32.
[12] Doc. 87.

C. David Tollaksen

The Affidavit of Service for David Tollaksen[13] indicates that the Original Complaint and Summons was served on January 27, 2024. On March 20, 2024, Plaintiff filed a Motion for Default Judgment against David Tollaksen[14] for his failure file a responsive pleading. Plaintiff's Corrected Request for Default was filed on April 13, 2024,[15] and the Clerk entered default as to David Tollaksen on April 15, 2024.[16] On February 6, 2025, the Court granted Default Judgment against David Tollaksen.[17]

**DAMAGES**

Plaintiff submitted an Affidavit as to Damages, which included evidence supporting its claim for damages. At the hearing, counsel for Plaintiff presented invoices for legal services rendered, and the Court took judicial notice of default judgments entered against Archer Energy Corporation, Archer Tactical Group, and David Tollaksen. Plaintiff established damages comprised of (i) $697,175.00 for wire transfers, (ii) $44,086.00 for airfare, vehicle, lodging, meals and miscellaneous expenses incurred by Plaintiff prior to suit, (iii) $12,352.00 for legal fees to facilitate the transaction that is the subject of the suit, and (iv) $54,757.65 in attorneys' fees associated with Freeman Law's legal services. Additionally, Plaintiff pleaded for treble damages in accordance with 18 U.S.C. § 1964(c), which the Court finds applicable.

Counsel testified as to the nature and amount of legal fees incurred by Plaintiff, including counsel's background, experience, and work on and familiarity with the subject matter and billing in this case. Counsel also provided highlighted copies of client invoicing to substantiate the requested amounts.

---

[13] Doc. 11.
[14] Doc. 15.
[15] Doc. 29.
[16] Doc. 32.
[17] Doc. 88.

Tim Thompson testified on behalf of Plaintiff Xlink Resources Group with respect to the $44,086.00 in expenses incurred by Plaintiff prior to initiating the lawsuit.

The Court finds that Plaintiff has proven that it incurred $2,315,597.10 damages, computed as follows:

| | | |
|---|---|---|
| **Wire Transfers** | **$697,175.15** | |
| February 26, 2021 (to Expo Petroleum): | | $200,000.00 |
| September 29, 2021 (to BCS Nederland): | | $53,146.40 |
| October 12, 2021 (to BCS Nederland): | | $29,925.00 |
| October 14, 2021 (to Ubom Law Group): | | $200,000.00 |
| December 20, 2021 (to Ubom Law Group): | | $89,000.00 |
| February 1, 2022 (to Ubom Law Group): | | $111,000.00 |
| April 6, 2022 (to Ubom Law Group): | | $14,093.75 |
| **Plaintiff's Expenses** | **$44,086.00** | |
| Airfare and Vehicle Rental: | | $16,872.00 |
| Lodging: | | $20,476.00 |
| Meals: | | $4,688.00 |
| Miscellaneous Expenses: | | $2,050.00 |
| **Transactional Legal Fees** | **$12,352.00** | |
| **Total** | **$753,613.15** | |
| **x3 (Treble Damages)** | **$2,260,839.45** | |
| **Freeman Law Legal Fees** | **$54,757.65** | |
| **Total** | **$2,315,597.10** | |

Accordingly, the Court enters this judgment in the amount of $2,315,597.10 against Defendants Archer Energy Corporation, Archer Tactical Group, and David Tollaksen.

The Court also awards Plaintiff pre-judgment interest, computed using the weekly average 1-year constant maturity Treasury yield for the calendar week preceding the date of judgment (4.10%)[18], pursuant to 28 U.S.C. § 1961(a).

---

[18] "1961 fixes the rate of *prejudgment* interest only when it is a federal question that must be governed by federal law." *Travelers Ins. Co. v. Liljeberg Enterprises, Inc.*, 7 F.3d 1203, 1209 (5th Cir. 1993). In turn, 28 U.S.C. § 1961 prescribes using "a rate equal to the weekly average 1-year constant maturity Treasury yield, as published by the Board of Governors of the Federal Reserve System, for the calendar week preceding [the date of the entry of the judgment]." 28 U.S.C. §

The Court also awards Plaintiff post-judgment interest, computed using the weekly average 1-year constant maturity Treasury yield for the calendar week preceding the date of judgment (4.10%), pursuant to 28 U.S.C. § 1961(a).

## FINAL JUDGMENT

Pursuant to Federal Rule of Civil Procedure 54(b), this Order shall operate as a final judgment against Archer Energy Corporation, Archer Tactical Group, and David Tollaksen. This Order has no impact on the remaining Defendants in this case.

## ORDER

Upon consideration of the record, argument of counsel, and testimony of Counsel and of Tim Thompson, the Court hereby GRANTS final judgment against Archer Energy Corporation, Archer Tactical Group, and David Tollaksen. The remaining Defendants are not subject to this final judgment. Accordingly, the Court hereby ORDERS that:

1. Final default judgment be entered against Defendant Archer Energy Corporation for joint and several liability in the following amounts:

   a. Actual damages of $753,613.15;

   b. Additional treble damages, pursuant to 18 U.S.C. 1964(c), of $1,507,226.30;

   c. Legal fees of $54,757.65;

---

1961(a). As of March 26, 2025 (the last posted rate as of the date of this order), the applicable rate was 4.10%. *See* https://www.federalreserve.gov/releases/h15/.

    d. Prejudgment interest in the amount of $114,707.70[19] through March 28, 2025, plus additional pre-judgment interest of $260.11[20] per day until the date this Order is signed and judgment entered; and

    e. Post-judgment interest, which shall accrue at a rate of 4.10% from the date of entry of this judgment.

2. Final default judgment be entered against Defendant Archer Tactical Group for joint and several liability in the following amounts:

    a. Actual damages of $753,613.15;

    b. Additional treble damages, pursuant to 18 U.S.C. 1964(c), of $1,507,226.30;

    c. Legal fees of $54,757.65;

    d. Prejudgment interest in the amount of $114,707.70 through March 28, 2025, plus additional pre-judgment interest of $260.11 per day until the date this Order is signed and judgment entered; and

    e. Post-judgment interest, which shall accrue at a rate of 4.10% from the date of entry of this judgment.

3. Final default judgment be entered against Defendant David Tollaksen for joint and several liability in the following amounts:

    a. Actual damages of $753,613.15;

    b. Additional treble damages, pursuant to 18 U.S.C. 1964(c), of $1,507,226.30;

    c. Legal fees of $54,757.65;

---

[19] This amount was computed by multiplying the daily applicable rate (4.10% / 365) by the total damages ($2,315,597.10), and applying this to the number of days between January 12, 2024 (the date of filing of Plaintiff's Original Complaint) and March 28, 2025 (441 days).

[20] This amount was computed by multiplying the daily applicable date (4.10% / 365) by the total damages ($2,315,597.10).

    d. Prejudgment interest in the amount of $114,707.70 through March 28, 2025, plus additional pre-judgment interest of $260.11 per day until the date this Order is signed and judgment entered; and

    e. Post-judgment interest, which shall accrue at a rate of 4.10% from the date of entry of this judgment.

4. Default judgments be served upon each of Defendants Archer Energy Corporation, Archer Tactical Group, and David Tollaksen at their last known addresses by trackable means;

5. Service of default judgments by trackable means shall be considered complete upon proof of delivery;

6. Plaintiff shall e-file certificates of service of default judgments with proof of delivery; and

7. This Order shall constitute a final judgment with respect to Defendants Archer Energy Corporation, Archer Tactical Group, and David Tollaksen.

**IT IS SO ORDERED.**

  **SIGNED this 2nd day of April, 2025.**

_____
AMOS L. MAZZANT
UNITED STATES DISTRICT JUDGE