IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| XLINK RESOURCE GROUP, LLC, | § | |
| | § | |
| **Plaintiff,** | § | |
| | § | |
| v. | § | CIVIL CAUSE NO. 4:24-CV-00035-ALM |
| | § | |
| EXPO PETROLEUM OIL AND GAS USA, LLC; MAYOMI OLOOTU; JAMES UDUAK UBOM; JIM TRICE; UBOM LAW GROUP; SHELL PLC; BCS NEDERLAND; MATT JAMESON; MIKE BONNELL; and BOYD CHISHOLM | § § § § § § | |
| **Defendants.** | § | |

## SECOND AMENDED SCHEDULING ORDER

Pending before this Court is Plaintiff's Motion to Extend Deadlines (Dkt. #100). Having considered the Motion and the relevant pleadings, the Court finds that the Motion should be **GRANTED**.

It is therefore **ORDERED** that certain pending deadlines below be modified as follows:[1]

| Event | Current Deadline | Modified Deadline |
|---|---|---|
| Deadline for motions to transfer. | August 5, 2024 | no change |
| Deadline to add parties. | September 4, 2024 | no change |
| Deadline by which the parties shall notify the Court of the name, address, and telephone number of a suggested mediator, or request that the Court select a mediator. | 6 weeks prior to mediation deadline | no change |
| Mediation Deadline. | April 21, 2025 | January 21, 2026 |

---

[1] If a deadline falls on a Saturday, Sunday, or a legal holiday as defined in FED. R. CIV. P. 6, the effective date is the first federal court business day following the deadline imposed.

| Event | Current Deadline | Modified Deadline |
|---|---|---|
| Disclosure of expert testimony pursuant to FED. R. CIV. P. 26(a)(2) and Local Rule CV-26(b) on issues for which the party bears the burden of proof. | October 2, 2024 | July 30, 2025 |
| Deadline for Plaintiff to file amended pleading. (A motion for leave to amend is required.) | October 16, 2024 | no change |
| Disclosure of expert testimony pursuant to FED. R. CIV. P. 26(a)(2) and Local Rule CV-26(b) on issues for which the party does not bear the burden of proof. | October 30, 2024 | August 27, 2025 |
| Deadline for Defendant's final amended pleadings. (A motion for leave to amend is required.) | October 30, 2024 | no change |
| Deadline to object to any other party's expert witnesses. Objection shall be made by a motion to strike or limit expert testimony and shall be accompanied by a copy of the expert's report in order to provide the Court with all the information necessary to make a ruling on any objection. | 6 weeks after disclosure of an expert is made | September 12, 2025 |
| Deadline for motions to dismiss, motions for summary judgment, or other dispositive motions. | May 16, 2025 | February 16, 2026 |
| Discovery deadline. All discovery shall be commenced in time to be completed by this date. | May 9, 2025 | February 9, 2026 |
| Notice of intent to offer certified records. | July 18, 2025 | April 18, 2026 |
| Counsel and unrepresented parties are each responsible for contacting opposing counsel and unrepresented parties to determine how they will prepare the Joint Final Pretrial Order and Joint Proposed Jury Instructions and Verdict Form (or Proposed Findings of Fact and Conclusions of Law in non-jury cases). | July 18, 2025 | April 18, 2026 |

| Event | Current Deadline | Modified Deadline |
|---|---|---|
| Deposition Designations due. Each party who proposes to offer a deposition shall serve on all other parties a disclosure identifying the line and page numbers to be offered. All other parties will have seven calendar days to serve a response with any objections and requesting cross examination line and page numbers to be included. Counsel must consult on any objections and only those that cannot be resolved shall be presented to the Court.<br><br>The party who served the initial Video Deposition Designation is responsible for preparation of the final edited video in accordance with all parties' designations and the Court's rulings on objections. | July 25, 2025 | April 25, 2026 |
| Motions in limine due.<br><br>File Joint Final Pretrial Order<br><br>(*See* www.txed.uscourts.gov) | July 31, 2025 | May 1, 2026 |
| Response to motions in limine due.[2]<br><br>File objections to witnesses, deposition extracts, and exhibits, listed in pre-trial order.[3] (This does not extend deadline to object to expert witnesses.) Provide the exhibit objected to in the motion or response. If numerous objections are filed, the Court may set a hearing prior to docket call.<br><br>File Proposed Jury Instructions/Form of Verdict (or Proposed Findings of Fact and Conclusions of Law). | August 14, 2025 | May 14, 2026 |

---

[2] This is not an invitation or requirement to file written responses. Most motions in limine can be decided without a written response. But, if there is particularly difficult or novel issue, the Court needs some time to review the matter. To save time and space respond only to items objected to. All others will be considered to be agreed. Opposing counsel **shall confer** in an attempt to resolve any dispute over the motions in limine within five calendar days of the filing of any response. The parties shall notify the court of all the issues which are resolved.

[3] Within five calendar days after the filing of any objections, opposing counsel shall confer to determine whether objections can be resolved without a court ruling. The parties shall notify the court of all issues which are resolved. The court needs a copy of the exhibit or the pertinent deposition pages to rule on the objection.

| Event | Current Deadline | Modified Deadline |
|---|---|---|
| If numerous objections are filed, the Court may set a hearing to consider all pending motions and objections. | Date will be set by Court, usually within 10 days prior to the Final Pretrial Conference | Date will be set by Court, usually within 10 days prior to the Final Pretrial Conference |
| Final Pretrial Conference. | September 4, 2025 | July 9, 2026 |
| Jury Trial Term Begins. | October 6 – 31, 2025 | August 3-28, 2026 |

**IT IS SO ORDERED.**

**SIGNED this 14th day of May, 2025.**

_____
AMOS L. MAZZANT
UNITED STATES DISTRICT JUDGE