IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| XLINK RESOURCE GROUP, LLC, | § § § | |
| **Plaintiff,** | § § | |
| v. | § § | CIVIL CAUSE NO. 4:24-CV-00035-ALM |
| EXPO PETROLEUM OIL AND GAS USA, LLC; MAYOMI OLOOTU; JAMES UDUAK UBOM; JIM TRICE; UBOM LAW GROUP; SHELL PLC; BCS NEDERLAND; MATT JAMESON; MIKE BONNELL; and BOYD CHISHOLM | § § § § § § § § § | |
| **Defendants.** | | |

## DEFAULT JUDGMENT

On this day, came to be heard Plaintiff's Motion for Entry of Default and for Default Judgment Against Defendant BCS Nederland (the "Motion") filed by Plaintiff, Xlink Resource Group, LLC ("Plaintiff"). This Court, after considering the Motion and the response of Defendant BCS Nederland, if any, is of the opinion that the Motion should be GRANTED.

It is ORDERED, ADJUDGED, AND DECREED, that Default Judgment is entered against Defendant BCS Nederland and in favor of Plaintiff for all causes of action alleged against Defendant BCS Nederland.

**SIGNED this 20th day of August, 2025.**

_____
AMOS L. MAZZANT
UNITED STATES DISTRICT JUDGE