UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| XLINK RESOURCE GROUP, LLC, | § | |
| | § | |
| **Plaintiff,** | § | |
| | § | |
| v. | § | CIVIL CAUSE NO. 4:24-CV-00035-ALM |
| | § | |
| EXPO PETROLEUM OIL AND GAS USA, | § | |
| LLC; MAYOMI OLOOTU; JAMES UDUAK | § | |
| UBOM; ARCHER TACTICAL GROUP; | § | |
| ARCHER ENERGY CORPORATION; | § | |
| DAVID TOLLAKSEN; and JIM TRICE, | § | |
| | § | |
| **Defendants.** | § | |

## PLAINTIFF'S MOTION FOR DEFAULT JUDGMENT
## AGAINST DEFENDANT JIM TRICE

Plaintiff Xlink Resource Group, LLC ("Plaintiff") in the above-styled and numbered case, by and through its attorney of record, pursuant to Federal Rule of Civil Procedure 55, hereby files this Motion Default Judgment against Defendant Jim Trice, and in support thereof would show unto the Court as follows:

### Factual Background

1.      Plaintiff filed its Original Complaint on January 12, 2024.

2.      The Summons to Defendant Jim Trice was issued on January 19, 2024 for service of process.  *See* **Exhibit A** attached hereto.

3.      On March 29, 2024, a copy of the Summons and Plaintiff's Original Complaint was served to Defendant Jim Trice at 510 Alma Drive, Brandon, Florida 33510. *See* **Exhibit B** attached hereto.

4.      To date, Trice has not filed a responsive pleading, appeared, or otherwise defended the claims against him.  Therefore, Plaintiff is entitled to entry of default and default judgment against Trice.

### ARGUMENT AND AUTHORITIES

5.      Pursuant to Federal Rule of Civil Procedure 55, "[w]hen a party against whom a judgment for affirmative relief is sought has failed to plead or otherwise defend, and that failure is shown by affidavit or otherwise, the clerk must enter the party's default." Fed. R. Civ. P. 55. Rule 55 mandates a two-step process for a party who seeks a default judgment in its favor.  *Id.; NY. Life Ins. Co. v. Brown,* 84 F.3d 137, 141 (5th Cir. 1996). Entry of a default on the docket is the first step.  *Id.* Once an entry of a default on the docket is made, a party may then apply to the court for a default judgment. *Id.*

6.      An entry of default was entered on September 16, 2025.

7.      A copy of this motion has been mailed to Trice at 510 Alma Drive, Brandon, Florida 33510.

8.      Plaintiff is entitled to default judgment against Trice.  After the Clerk enters a default, a plaintiff "must apply to the court for a default judgment" when its claim is not for a "sum certain." FED. R. CIV. P. 55(b)(2).  At that point, "the plaintiff's well pleaded factual allegations are taken as true, except regarding damages." *U.S. for Use of M-Co Constr., Inc. v. Shipco Gen., Inc.*, 814 F.2d 1011, 1014 (5th Cir. 1987).

9.      By virtue of Trice's default, he has admitted the allegations in the Complaint.  *See In re Dierschke*, 975 F.2d 181, 185 (5th Cir. 1992) ("It is universally understood that a default operates as a deemed admission of liability."); *EMI April Music, Inc. v. Jet Rumeurs, Inc.*, 632 F. Supp. 2d 619, 623 (N.D. Tex. 2008) ("By virtue of their default, Defendants have admitted that the factual allegations in the Complaint are true."). Plaintiff must show that (1) default has been entered; (2) Trice is not a

minor or incompetent person; (3) Trice is not in military service; and (4) Trice was provided with notice of the motion for default judgment. Fed. R. Civ. P. 55(b).  Each of these requirements is satisfied here.

WHEREFORE, Plaintiff respectfully requests this Court grant Plaintiff's Motion for Default Judgment Against Defendant Jim Trice, along with any such other and further relief to which Plaintiff may be justly entitled.

Dated: September 25, 2025.                    Respectfully Submitted,

By: */s/ Jason B. Freeman*
           **JASON B. FREEMAN**
           TX BAR NO. 24069736
           Jason@freemanlaw.com

**FREEMAN LAW, PLLC**
7011 Main Street
Frisco, Texas 75034
TEL:  214.984.3000
FAX:  214.984.3409

**ATTORNEY FOR PLAINTIFF**

## CERTIFICATE OF SERVICE

I hereby certify that on September 25, 2025, I filed the foregoing pleading via the Court's CM/ECF system, which will send electronic notices to all counsel of record

I further hereby certify that on September 25, 2025, a copy of the foregoing has been mailed, via regular and certified mail, to Jim Trice at 510 Alma Drive, Brandon, Florida 33510.

           */s/ Jason B. Freeman*
           **JASON B. FREEMAN**

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| XLINK RESOURCE GROUP, LLC, | § | |
| | § | |
| **Plaintiff,** | § | |
| | § | |
| v. | § | CIVIL CAUSE NO. 4:24-CV-00035-ALM |
| | § | |
| EXPO PETROLEUM OIL AND GAS USA, | § | |
| LLC; MAYOMI OLOOTU; JAMES UDUAK | § | |
| UBOM; JIM TRICE; UBOM LAW GROUP; | § | |
| SHELL PLC; BCS NEDERLAND; MATT | § | |
| JAMESON; MIKE BONNELL; and BOYD | § | |
| CHISHOLM | § | |
| | § | |
| **Defendants.** | | |

## DEFAULT JUDGMENT

On this day, came to be heard Plaintiff's Motion for Entry of Default and for Default Judgment Against Defendant Shell PLC (the "Motion") filed by Plaintiff, Xlink Resource Group, LLC ("Plaintiff"). This Court, after considering the Motion and the response of Defendant Shell PLC, if any, is of the opinion that the Motion should be GRANTED.

It is ORDERED, ADJUDGED, AND DECREED, that Default Judgment is entered against Defendant Shell PLC and in favor of Plaintiff for all causes of action alleged against Defendant Shell PLC.

_____
AMOS L. MAZZANT
UNITED STATES DISTRICT JUDGE

**Default Judgment**                                                                                                          1