IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| XLINK RESOURCE GROUP, LLC, | § | |
| | § | |
| **Plaintiff,** | § | |
| | § | |
| v. | § | CIVIL CAUSE NO. 4:24-CV-00035-ALM |
| | § | |
| EXPO PETROLEUM OIL AND GAS USA, | § | |
| LLC; MAYOMI OLOOTU; JAMES UDUAK | § | |
| UBOM; JIM TRICE; UBOM LAW GROUP; | § | |
| SHELL PLC; SHELL PLC; MATT JAMESON; | § | |
| MIKE BONNELL; and BOYD CHISHOLM | § | |
| | § | |
| **Defendants.** | § | |

## PLAINTIFF'S MOTION FOR DEFAULT JUDGMENT
## AGAINST DEFENDANT SHELL PLC

Plaintiff Xlink Resource Group, LLC ("Plaintiff") in the above-styled and numbered case, by and through its attorney of record, pursuant to Federal Rule of Civil Procedure 55, hereby files this Motion for Default and for Default Judgment against Defendant Shell PLC, and in support thereof would show unto the Court as follows:

### Factual Background

1.      Plaintiff filed its Original Complaint on January 12, 2024.  Defendant Shell PLC was not named as a defendant in the Original Complaint.

2.      Plaintiff filed its First Amended Complaint on October 16, 2024, including Defendant Shell PLC as a named defendant in this action.

3.      The Summons to Defendant Shell PLC was issued on December 4, 2024, for service of process.  *See* **Exhibit A**.

4.      On August 8, 2025, a copy of the Summons and Plaintiff's First Amended Complaint was served to Defendant Shell PLC at Shell Centre, London, England SE1 7NA. *See* **Exhibit B**.

5.    To date, Shell PLC has not filed a responsive pleading, appeared, or otherwise defended the claims against it.  Therefore, Plaintiff is entitled to entry of default and default judgment against Shell PLC.

## ARGUMENT AND AUTHORITIES

6.    Pursuant to Federal Rule of Civil Procedure 55, "[w]hen a party against whom a judgment for affirmative relief is sought has failed to plead or otherwise defend, and that failure is shown by affidavit or otherwise, the clerk must enter the party's default." Fed. R. Civ. P. 55. Rule 55 mandates a two-step process for a party who seeks a default judgment in its favor.  *Id.; NY. Life Ins. Co. v. Brown,* 84 F.3d 137, 141 (5th Cir. 1996). Entry of a default on the docket is the first step.  *Id.* Once an entry of a default on the docket is made, a party may then apply to the court for a default judgment. *Id.*

7.    An entry of default was entered on September 25, 2025.

8.    A copy of this motion is being mailed to Shell PLC at Shell Centre, London, England SE1 7NA.

9.    Plaintiff is entitled to default judgment against Shell PLC.  After the Clerk enters a default, a plaintiff "must apply to the court for a default judgment" when its claim is not for a "sum certain." FED. R. CIV. P. 55(b)(2).  At that point, "the plaintiff's well pleaded factual allegations are taken as true, except regarding damages." *U.S. for Use of M-Co Constr., Inc. v. Shipco Gen., Inc.*, 814 F.2d 1011, 1014 (5th Cir. 1987).

10.    By virtue of Shell PLC's default, it has admitted the allegations in the First Amended Complaint.  *See In re Dierschke*, 975 F.2d 181, 185 (5th Cir. 1992) ("It is universally understood that a default operates as a deemed admission of liability."); *EMI April Music, Inc. v. Jet Rumeurs, Inc.*, 632 F. Supp. 2d 619, 623 (N.D. Tex. 2008) ("By virtue of their default, Defendants have admitted that the factual allegations in the Complaint are true."). Plaintiff must show that (1) default has been entered;

(2) Shell PLC is not a minor or incompetent person; (3) Shell PLC is not in military service; and (4) Shell PLC was provided with notice of the motion for default judgment. Fed. R. Civ. P. 55(b).  Each of these requirements is satisfied here.

WHEREFORE, Plaintiff respectfully requests this Court grant Plaintiff's Motion for Entry of Default and for Default Judgment Against Defendant Shell PLC, along with any such other and further relief to which Plaintiff may be justly entitled.

Dated: September 26, 2025.

Respectfully Submitted,

By: _/s/ Jason B. Freeman_____
    Jason B. Freeman
    TX Bar No. 24069736
    jason@freemanlaw.com

**FREEMAN LAW, PLLC**
7011 Main Street
Frisco, Texas 75034
Tel:  214.984.3000
Fax:  214.984.3409

**ATTORNEY FOR PLAINTIFF**

## CERTIFICATE OF SERVICE

I hereby certify that on Thursday, September 26, 2025, I filed the foregoing pleading via the Court's CM/ECF system, which will send electronic notices to all counsel of record.

I further certify that on Friday, September 26, 2025, a copy of the foregoing has been mailed, via Crowe Foreign Services, to Shell PLC at Shell Centre, London, England SE1 7NA.

_/s/ Jason B. Freeman_____
    JASON B. FREEMAN

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| XLINK RESOURCE GROUP, LLC, | § | |
| | § | |
| **Plaintiff,** | § | |
| | § | |
| v. | § | CIVIL CAUSE NO. 4:24-CV-00035-ALM |
| | § | |
| EXPO PETROLEUM OIL AND GAS USA, | § | |
| LLC; MAYOMI OLOOTU; JAMES UDUAK | § | |
| UBOM; JIM TRICE; UBOM LAW GROUP; | § | |
| SHELL PLC; BCS NEDERLAND; MATT | § | |
| JAMESON; MIKE BONNELL; and BOYD | § | |
| CHISHOLM | § | |
| | § | |
| **Defendants.** | | |

## DEFAULT JUDGMENT

On this day, came to be heard for Default Judgment Against Defendant Shell PLC (the "Motion")

filed by Plaintiff, Xlink Resource Group, LLC ("Plaintiff"). This Court, after considering the Motion

and the lack of response of Defendant Shell PLC, if any, is of the opinion that the Motion should be

GRANTED.

It is ORDERED, ADJUDGED, AND DECREED, that Default Judgment is entered against

Defendant Shell PLC and in favor of Plaintiff for all causes of action alleged against Defendant Shell PLC.