IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| XLINK RESOURCE GROUP, LLC, | § § § | |
| **Plaintiff,** | § § | |
| v. | § § | CIVIL CAUSE NO. 4:24-CV-00035-ALM |
| EXPO PETROLEUM OIL AND GAS USA, LLC; MAYOMI OLOOTU; JAMES UDUAK UBOM; JIM TRICE; UBOM LAW GROUP; SHELL PLC; BCS NEDERLAND; MATT JAMESON; MIKE BONNELL; and BOYD CHISHOLM | § § § § § § § § § | |
| **Defendants.** | § | |

# DEFAULT JUDGMENT

On this day, came to be heard for Default Judgment Against Defendant Shell PLC (the "Motion") filed by Plaintiff, Xlink Resource Group, LLC ("Plaintiff"). This Court, after considering the Motion and the lack of response of Defendant Shell PLC, if any, is of the opinion that the Motion should be GRANTED.

It is ORDERED, ADJUDGED, AND DECREED, that Default Judgment is entered against Defendant Shell PLC and in favor of Plaintiff for all causes of action alleged against Defendant Shell PLC in the First Amended Complaint (Dkt. #61).

IT IS SO ORDERED.

**SIGNED this 5th day of February, 2026.**

_____
AMOS L. MAZZANT
UNITED STATES DISTRICT JUDGE