# United States Court of Appeals
# for the Fifth Circuit

————————————

No. 26-40125

————————————

Xlink Resource Group, L.L.C.,

*Plaintiff—Appellee*,

*versus*

Archer Tactical Group; Archer Energy Corporation;
David Tollaksen,

*Defendants—Appellants*.

————————————————————

Appeal from the United States District Court
for the Eastern District of Texas
USDC No. 4:24-CV-35

————————————————————

United States Court of Appeals
Fifth Circuit

**FILED**

July 23, 2026

Lyle W. Cayce
Clerk

CLERK'S OFFICE:

Under 5th Cir. R. 42.3, the appeal is dismissed as of July 23, 2026, for want of prosecution. The appellant failed to timely file appellant brief.

LYLE W. CAYCE
Clerk of the United States Court
of Appeals for the Fifth Circuit

*S. Rasheed*

By: _____
Shatyra Rasheed, Deputy Clerk

No. 26-40125

ENTERED AT THE DIRECTION OF THE COURT